IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | |
|---|---|
| Plaintiff, | 8:19CV461 |
| vs. | ORDER |
| WAGNER SPRAYTECH CORPORATION, | |
| Defendant. | |

This matter comes before the Court on the Joint Motion to Dismiss this case with prejudice (Filing No. 24). The Court being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear its own attorney, expert, mediator and vendor fees and costs.

Dated this 18th day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge